IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

08 APR 24  PM 2: 25

CLERK-ALBUQUERQUE

GABRIEL TORRES,

Petitioner,

v.                                                      No. CIV-07-0898 MCA/CEG

MIKE HEREDIA, Warden, and
GARY KING, Attorney General
for the State of New Mexico,

Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on December 3, 2007. *See Doc 13.* The Proposed Findings and Recommended Disposition recommends that the Court deny Torres's § 2254 petition and dismiss this case with prejudice. *Id.* Torres filed objections to the Proposed Findings and Recommended Disposition on December 21, 2007. *See Doc. 14.* The Court has carefully reviewed Torres's objections de novo and finds them to be not well taken.

Wherefore,

IT IS HEREBY ORDERED THAT:

1)   the Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 13)* are adopted;

2)   the Application for Writ of Habeas Corpus *(Doc. 1)* is denied; and

3)   civil case number 07-898 MCA/CEG is dismissed with prejudice.

_____   4-24-2008
UNITED STATES DISTRICT JUDGE